UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 19 P 1:59
U.S. DISTRICT COURT
HARTFORD, CT.

LEE BUNCH,

    Plaintiff,

v.

    CASE NO. 3:00CV2199(RNC)

DANBURY POLICE DEPARTMENT,
ET AL.,

    Defendants.

ORDER

Pending before the court are the defendants' motion to set aside order (doc. #149), the plaintiff's motion to deny the defendants' request (doc. #152) and defendants' counsel's motion to withdraw appearance (doc. #153). On April 6, 2004, the Court of Appeals for the Second Circuit affirmed the judgment of the district court granting summary judgment in favor of the defendants. <u>Bunch v. Danbury Police Dept. et al.</u>, Case No. 03-0079, 2004 WL 739975 (2d Cir. Apr. 6, 2004). Accordingly, the pending motions (doc. ##149, 152 and 153) are DENIED as moot.

SO ORDERED at Hartford, Connecticut this 19th day of May, 2004.

Donna F. Martinez
United States Magistrate Judge