MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 6th day of April, two thousand four.

PRESENT: HON. DENNIS JACOBS,
         HON. CHESTER J. STRAUB,
         HON. BARRINGTON D. PARKER, JR.,
                Circuit Judges.

- - - - - - - - - - - - - - - - - - -X

LEE ALLEN BUNCH, Jr.,

    Plaintiff-Appellant,

    -v.-                           03-0079

DANBURY POLICE DEPT., I/O; LOUIS RAMOS, Detective, I/O; ROBERT BURNETTI, States' Atty, I/O,

    Defendants-Appellees.

- - - - - - - - - - - - - - - - - - -X

ISSUED AS MANDATE: MAY 1 3 2004

APPEARING FOR APPELLANT:        LEE ALLEN BUNCH, Jr.,
                                Danbury, CT (<u>pro se</u>) (on
                                submission)

APPEARING FOR APPELLEES         MICHAEL F. O'CONNOR,
DANBURY POLICE DEPARTMENT       Williams, Walsh & O'Connor,
AND DETECTIVE LOUIS RAMOS:      LLC, North Haven, CT


    Appeal from the United States District Court for the District of Connecticut (Chatigny, <u>J.</u>).

    **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

    Lee Allen Bunch, Jr. appeals from the judgment entered in the United States District Court for the District of Connecticut (Chatigny, <u>J.</u>), granting summary judgment in favor of the Danbury Police Department and Detective Louis Ramos.[1] Familiarity is assumed as to the facts, the procedural context, and the specification of appellate issues.

    "This Court reviews the district court's grant of summary judgment <u>de novo</u>" and "will affirm the decision only if the record indicates that 'there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law.'" <u>Tenenbaum v. Williams</u>, 193 F.3d 581, 593 (2d Cir. 1999) (quoting Fed. R. Civ. P. 56(c)).

    For substantially the reasons stated by the district court, it properly granted summary judgment.

---

[1] <u>N.B.</u>: States' Attorney Robert Burnetti is not a party to this appeal. The district court earlier had granted dismissal of Bunch's suit against Burnetti because of Burnetti's absolute prosecutorial immunity, and Bunch does not appear to challenge this portion of the judgment. The Court therefore did not notify Burnetti of this appeal, and Burnetti's counsel never appeared.

Accordingly, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
ROSEANN B. MACKECHNIE, CLERK
By:

_Lucille Carr_
Lucille Carr, Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

3